UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GLORIA FINNIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:23 CV 1380 CDP |
| ) | |
| SANOFI US SERVICES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

Although the deadline for compliance with the Order dated April 10, 2024 (ECF 23) has expired, in the interests of justice the Court will construe the joint status report (ECF 24) as a motion for additional time and grant it.  The parties shall comply with the Order dated April 10, 2024, on or before April 24, 2025.  If they are unable to do so, they shall file a joint motion for an extension of time before that date.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall comply with the provisions of the Order dated April 10, 2024 (ECF 23) on or before **April 24, 2025**, or shall file a joint motion for an extension of time before that date.

Failure to comply with the provisions of this Memorandum and Order will result in the dismissal of this action with prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 25th day of October, 2024.