UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GLORIA FINNIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:23 CV 1380 CDP |
| ) | |
| SANOFI US SERVICES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER OF DISMISSAL**

For failure to comply with the Court's Orders dated April 10, 2024 (ECF 23) and October 25, 2024 (ECF 25),

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice, each party to bear its own costs.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of November, 2025.